# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 16, 2013

## NO. 03-11-00065-CV

**CenterPoint Energy Houston Electric, LLC, Appellant**

**v.**

**Public Utility Commission of Texas, Appellee**

**APPEAL FROM 345TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, ROSE, AND GOODWIN
REVERSED AND REMANDED -- OPINION BY JUSTICE ROSE**

**THE COURT OF APPEALS FOR THE THIRD DISTRICT OF TEXAS**, having heard this cause on appeal and having considered the record of the court below, the briefs, and counsels' argument, concludes that the district court's judgment should be reversed.

**IT IS THEREFORE ORDERED**, in accordance with the Court's opinion, that:

(1) The judgment of the district court is reversed;

(2) The parts of the Public Utility Commission's order regarding CenterPoint's 2008 performance bonus and carrying costs are reversed;

(3) The cause is remanded to the Public Utility Commission for further proceedings consistent with this Court's opinion;

(4) The Public Utility Commission pay all costs related to this appeal; and

(5) This decision be certified below for observance.